**Entered on Docket**
**November 01, 2010**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: IMPERIAL MORTGAGE CORP.<br><br>Debtor(s) | BK 84-20294-rcj<br>Ch 7<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $616.17 constituting an unclaimed dividend is declared due to Michael Prozzoly c/o Dilks & Knopik.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

Michael Prozzoly
c/o Dilks & Knopik
PO Box 2728
Issaquah, WA 98027

###